Jay Mikal BROOKS, Petitioner–
Appellant,

v.

State of NORTH CAROLINA; Russell
W. Duke, Jr., Respondents–
Appellees.

No. 13–7745.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 21, 2014.

Decided: Jan. 24, 2014.

Jay Mikal Brooks, Appellant Pro Se.

Before MOTZ, KEENAN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jay Mikal Brooks appeals the district
court's order denying his self-styled mo-
tion for a writ of mandamus seeking to
compel the North Carolina courts to re-
lease him. Brooks alleged that North
Carolina lacked jurisdiction over him be-
cause he is a flesh and blood Moorish
American. It appears that, without pro-
viding notice to Brooks, the district court
may have construed his motion as an initial
petition for writ of habeas corpus pursuant
to 28 U.S.C. § 2254 (2012), and dismissed
it without prejudice. Despite this possible
error, *see Castro v. United States,* 540 U.S.
375, 383, 124 S.Ct. 786, 157 L.Ed.2d 778
(2003), we may affirm the district court's
denial of relief on any basis that is appar-
ent in the record. *See MM ex rel. DM v.*

*Sch. Dist. of Greenville Cnty.,* 303 F.3d
523, 536 (4th Cir.2002).

We agree with the district court that
Brooks' claim is patently frivolous. Feder-
al courts do not have jurisdiction to compel
state officials to act, *Gurley v. Superior
Court of Mecklenburg Cnty.,* 411 F.2d 586,
587 (4th Cir.1969), and mandamus relief is
a drastic remedy that should be used only
in extraordinary circumstances. *Kerr v.
U.S. Dist. Court,* 426 U.S. 394, 402, 96
S.Ct. 2119, 48 L.Ed.2d 725 (1976); *United
States v. Moussaoui,* 333 F.3d 509, 516–17
(4th Cir.2003). Because Brooks did not
demonstrate in the district court a clear
right to the relief sought, *see In re First
Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138
(4th Cir.1988), we grant leave to proceed in
forma pauperis and affirm the district
court's denial of relief.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*AFFIRMED.*